DAYTON BAR ASSOCIATION *v.* GUNNOE.

(D.D. No. 80-10—Decided December 23, 1980.)

*Mr. Richard H. Hammond,* for relator.

*Messrs. Young, Pryor, Lynn & Jerardi* and *Mr. James T. Lynn, Jr.,* for respondent.

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings of fact and recommendation of the board of commissioners.

Therefore, respondent, Gerald E. Gunnoe, is publicly reprimanded for his misconduct. It is so ordered.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER, HOLMES and DOWD, JJ., concur.